PROB 12C
(7/93)

Report Date: December 11, 2015

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 1 4 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shawn W. Fitzgerald          Case Number: 0980 2:12CR02057-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 16, 2003

| | |
|---|---|
| Original Offense: | Unlawful Possession of Access Devices, 18 U.S.C. § 1029(a)(3) |
| Original Sentence: | Prison - 105 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| | Date Supervision Commenced: June 2, 2015 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: June 1, 2016 |

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Fitzgerald violated his conditions of supervised release in Spokane, Washington, by using methamphetamine on or about December 7, 2015. Mr. Fitzgerald submitted a urinalysis test at Alcohol Drug Education Prevention and Treatment (ADEPT) on December 9, 2015, which tested presumptive positive for the presence of amphetamines. On December 10, 2015, Mr. Fitzgerald submitted a urinalysis test at the United States Probation Office which tested presumptive positive for the presence of amphetamines. The urine sample was sent to Alere Toxicology for further testing. Mr. Fitzgerald signed a drug use admission form admitting to the use of methamphetamine on or about December 7, 2015. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/11/2015

s/Corey McCain

Corey McCain
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*(signature)*

Signature of Judicial Officer

12/14/15

Date