PROB 12C  
(7/93)

Report Date: March 2, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 03 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shawn W. Fitzgerald | Case Number: 2:12CR02057-WFN-1 |
| Address of Offender: ▬▬▬▬▬▬▬▬▬▬ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: May 16, 2003 | |
| Original Offense: Unlawful Possession of Access Devices, 18 U.S.C. § 1029(a)(3) | |
| Original Sentence: Prison - 105 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: June 2, 2015 |
| Defense Attorney: John Stephen Roberts, Jr. | Date Supervision Expires: June 1, 2016 |

### PETITIONING THE COURT

To **issue a warrant and incorporate the violation(s)** contained in the petition in future proceedings with the violation(s) previously admitted to the Court on 12/11/2015 and 12/29/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On March 1, 2016, Mr. Fitzgerald violated his conditions of supervised release in Spokane, Washington, by using methamphetamine. Mr. Fitzgerald reported to the U.S. Probation Office on March 1, 2016, and provided a urine sample, clear in color, which produced a very faint line on the on-site test for amphetamines. Mr. Fitzgerald admitted to the undersigned officer that he had used methamphetamine on or about February 28, 2016. Mr. Fitzgerald signed a drug use admission form. The urine sample was sent to Alere Toxicology for further testing. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/02/2016

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/3/16

Date